**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DENNIS SHIPMAN, et al., | |
| Plaintiffs, | CIVIL ACTION NO. 3:11-CV-1162 |
| v. | (JUDGE CAPUTO) |
| ALDO GELSO, et al., | (MAGISTRATE JUDGE SMYSER) |
| Defendants. | |

# ORDER

**NOW** this 5th day of June, 2012, upon review of the Report and Recommendation of Magistrate Judge J. Andrew Smyser (Doc. 22) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 22) is **ADOPTED**;

(2) The Gelso Defendants' Motion to Dismiss is **GRANTED** as to the Plaintiffs' Negligence claim;

(3) The Gelso Defendants' Motion to Dismiss is **DENIED** in all other respects; and

(4) This matter is **RECOMMITTED** to the Magistrate Judge.

                                                  /s/ A. Richard Caputo
                                                  A. Richard Caputo
                                                  United States District Judge