**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

DENNIS SHIPMAN, et al.,

      Plaintiffs,

         v.

ALDO GELSO, et al.,

      Defendants.

CIVIL ACTION NO. 3:11-CV-1162

(JUDGE CAPUTO)

(MAGISTRATE JUDGE SMYSER)

## <u>ORDER</u>

**NOW** this 5th day of June, 2012, upon review of the Report and Recommendation of Magistrate Judge J. Andrew Smyser (Doc. 22) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1)    The Report and Recommendation (Doc. 22) is **ADOPTED**;

(2)    The Gelso Defendants' Motion to Dismiss is **GRANTED** as to the Plaintiffs' Negligence claim;

(3)    The Gelso Defendants' Motion to Dismiss is **DENIED** in all other respects; and

(4)    This matter is **RECOMMITTED** to the Magistrate Judge.

                 /s/ A. Richard Caputo
               A. Richard Caputo
               United States District Judge