# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DENNIS SHIPMAN, et al.,** | : | |
| Plaintiffs, | : | Civil No. 3:11-CV-1162 |
| v. | : | |
| **JINADA ROCHELLE, et al.,** | : | (Mannion, D.J.) (Schwab, M.J.) |
| Defendants. | : | |

## ORDER

**IT IS HEREBY ORDERED THAT:**

**(1)** In accordance with the Memorandum issued this same day, the Report and Recommendation of Judge Carlson, (Doc. No. 46), is **ADOPTED**.

**(2)** In accordance with the Memorandum issued this same day, the motion for judgment on the pleadings filed by plaintiffs Dennis Shipman and Alicia Brooks, (Doc. No. 33.) is **DENIED**.

**(3)** The matter is referred to Judge Schwab for continued pretrial management.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated:** February 6, 2013

O:\Mannion\shared\MEMORANDA - DJ\2011MEMORANDA\11-1162-01-order.wpd